■ Scott Bowman, Appellant, v Jeanette E. Zumpano et al., Defendants, and Kathi Wheatley et al., Respondents. [6 NYS3d 505]—Appeal from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered January 2, 2014. The order, among other things, granted the cross motion of defendants Kathi Wheatley and Randy K. Wheatley to dismiss the complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.